# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

146859

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITIZENS BANK,
      Plaintiff-Appellant,

v

                                       SC: 146859
                                       COA: 310195
                                       Roscommon CC: 11-729539-CK

LOUIS E. BOGGS and JENNIFER L. BOGGS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013

t0722

Clerk